THEODORE WEICKER, JR., Appellant, *v.* SCHATZ A. WEICKER, Respondent.

Submitted April 17, 1939; decided April 21, 1939.

*C. Dickerman Williams* for motion.

No one opposed.

Motion granted, without costs.